## Commonwealth *v.* Waddell, Appellant.

Submitted March 15, 1971. *David B. Fitzgerald,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Wade, Appellant.

Submitted March 8, 1971. *Richard D. Walker,* Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.